IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BEALL, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | No. 3-06-CV-0733-D |
| | § | |
| DALLAS POLICE, ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

## PLAINTIFF RICHARD BEALL'S PRETRIAL DISCLOSURES

Plaintiff Richard Beall makes the following pretrial disclosures pursuant to Rule 26(a)(3)(A)-(C) of the Federal Rules of Civil Procedure.

**I.  WITNESSES**

**A.  Witnesses Plaintiff Expects to Present at Trial**

1. Richard Beall
   2467 Mallory Lane
   Lancaster, Texas 75134
   (214) 282-7767

2. Delores Beall
   P.O. Box 41614
   Dallas, Texas 75241
   (214) 228-8620

1

3. Michael Beall
   2521 56th Street
   Dallas, Texas 75241
   (214) 374-5752

4. Ryan Akers
   2139 56th Street
   Dallas, Texas 75241
   (214) 371-3011

5. Stephanie Allen
   2517 56th Street
   Dallas, Texas 75241
   (214) 371-6407

6. Kym Morris
   2511 56th Street
   Dallas, Texas 75241
   (214) 801-9746

**B.**     **Witnesses Plaintiff May Present at Trial**

7. Shelby Angel
   Michelle Chenault
   Connor Sheehan
   3000 Thanksgiving Tower
   1601 Elm Street
   Dallas, Texas  75201
   (214) 999-3000

8. Custodian of Records for I Am That I Am Academy

9. Rebuttal and/or impeachment witnesses

## II. DEPOSITION DESIGNATION

None.

## III. EXHIBITS (exhibits that may offer are designated by an asterisk)

1. Motion to dismiss criminal prosecution [RB-00001]*
2. July 16, 2004 Court Order revoking probation
3. Richard Beall's Complaint to Dallas Police Department [RB-00935]*
4. Richard Beall's 2004 W-2 [RB-01138]
5. Richard Beall's I Am That I Am Academy employee information [RB-01139]
6. Richard Beall's I Am That I Am Academy February 2004 salary information [RB-01140]
7. I Am That I Am Academy 2002-2004 General Ledger [RB-01141-01163]
8. Methodist Hospital medical records with affidavit [RB-00425-00464]
9. BlueCross BlueShield of Texas insurance coverage records with affidavit [RB-01064-01084]
10. Genesis Chiropractor medical records with affidavit [RB-01085-01137]
11. St. Paul University Hospital medical records with affidavit [RB-01170-01188]
12. Photographs of Richard Beall's injuries and location of incident [RB-01196-01200]
13. CBS Channel 11 news segment video [RB-01201]

        Respectfully submitted,

        */s/ Shelby Angel*
        Cynthia Hollingsworth
        State Bar No. 09879500
        Shelby D. Angel
        State Bar No. 24040440

        **GARDERE WYNNE SEWELL LLP**
        3000 Thanksgiving Tower
        1601 Elm Street
        Dallas, Texas  75201
        Telephone:  (214) 999-3000
        Facsimile:  (214) 999-4667
        chollingsworth@gardere.com
        sangel@gardere.com

        **ATTORNEYS FOR PLAINTIFF RICHARD BEALL**

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and LR 5.1, I hereby certify that on March 7, 2008, a true and correct copy of the foregoing document was forwarded to the following counsel via electronic filing:

Jason Schuette
1500 Marilla Street 7CN
Dallas, Texas 75201

        */s/ Shelby Angel*