IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BEALL, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | No. 3-06-CV-0733-D |
| | § | |
| DALLAS POLICE, ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

## PLAINTIFF RICHARD BEALL'S TRIAL EXHIBIT LIST

COMES NOW, Plaintiff Richard Beall ("Beall") and files this his Trial Exhibit List as follows:

Beall incorporates by reference the Defendants' Exhibit List. Beall reserves the right to elect not to introduce and/or to object to or move to exclude exhibits listed on Defendants' Exhibit List. Nothing contained in this pleading is intended to waive Beall's right to object to, de-designate, or move to exclude any parties' exhibits including those set forth herein by the deadline set forth in Trial Setting Order. Beall reserves the right to amend or supplement this list.

                Respectfully submitted,

By:   */s/ Shelby D. Angel*
Cynthia Hollingsworth
State Bar No. 09879500
Shelby D. Angel
State Bar No. 24040440
Michelle D. Chenault
State Bar No. 24042650
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
chollingsworth@gardere.com
sangel@gardere.com

**ATTORNEYS FOR PLAINTIFF RICHARD BEALL**

## CERTIFICATE OF SERVICE

This is to certify that on March 24, 2008, a true and correct copy of the foregoing document has been electronically filed with the clerk of the court using the ECF system, and was served on the following counsel of record by Notice of Electronic Filing and by hand delivery.

    Jason Schuette
    Tatia Wilson
    1500 Marilla Street 7CN
    Dallas, Texas 75201

                */s/ Shelby D. Angel*

| EXH NO. | DESCRIPTION | BATES RANGE / EXHIBIT NO. | OFFERED | OBJ. | ADM. | OTHER COMMENTS |
|---|---|---|---|---|---|---|
| 1. | Motion to dismiss criminal prosecution | RB-00001 | | | | |
| 2. | July 2004 Court Order revoking probation | | | | | |
| 3. | Richard Beall's Complaint to Dallas Police Department | RB-00935 | | | | |
| 4. | Richard Beall's 2004 W-2 | RB-01138 | | | | |
| 5. | Methodist Hospital medical records with affidavit | RB-00425-00464 | | | | |
| 6. | BlueCross BlueShield of Texas insurance coverage records with affidavit | RB-01064-01084 | | | | |
| 7. | Genesis Chiropractor medical records with affidavit | RB-01085-01137 | | | | |
| 8. | St. Paul University Hospital medical records with affidavit | RB-01170-01188 | | | | |
| 9. | Photographs of Richard Beall's injuries | RB-01196(a)-(g) | | | | |

PLAINTIFF RICHARD BEALL'S EXHIBIT LIST

Page 3

| EXH NO. | DESCRIPTION | BATES RANGE / EXHIBIT NO. | OFFERED | OBJ. | ADM. | OTHER COMMENTS |
|---|---|---|---|---|---|---|
| 10. | Photographs of Richard Beall's injuries | RB-01197(a)-(f) | | | | |
| 11. | Photographs of Richard Beall's injuries | RB-01198(a)-(f) | | | | |
| 12. | Photographs of Richard Beall's injuries | RB-01199(a)-(c) | | | | |
| 13. | Photograph of Richard Beall's injuries | RB-01200(a) | | | | |
| 14. | Photograph of location of incident | RB-01200(b) | | | | |

PLAINTIFF RICHARD BEALL'S EXHIBIT LIST