IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BEALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:06-CV-0733-D |
| | § | |
| DALLAS POLICE, et al., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

This case was tried before a jury on April 7-9, 2008, and the jury returned a verdict today in favor of defendants. Accordingly, it is ordered and adjudged that plaintiff's claims against defendants are dismissed with prejudice.

Each party shall bear his own respective taxable costs of court.

Done at Dallas, Texas April 10, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE