ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BEALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:06-CV-0733-D |
| | § | |
| DALLAS POLICE, et al., | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATION OF TRIAL EXHIBITS

I certify that I have reviewed the trial exhibits that are to be submitted to the Jury during deliberations, that each exhibit was admitted in evidence during the trial, that no extraneous matters are included in the exhibits, and that any requested redactions or alterations to exhibits have been made to my satisfaction.

I understand that by signing this certification I am waiving my client's right (or, if I am *pro se*, my right) to complain about submission to the Jury of exhibits, or parts thereof, that were not admitted in evidence, the omission of exhibits that were admitted, and/or the submission of documents that should have been redacted or altered pursuant to a court ruling or the parties' agreement.

Dated: 4/9/08

Counsel for Plaintiff Richard Beall

Dated: 09 APRIL

Counsel for Defendants