IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 1 0 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

RICHARD BEALL,                          §
                                        §
              Plaintiff,                §
                                        §
VS.                                     §        Civil Action No. 3:06-CV-0733-D
                                        §
DALLAS POLICE, et al.,                  §
                                        §
              Defendants.               §

JURY NOTE NO. ____
(Presiding Juror, please insert Note No.)

TO CHIEF JUDGE FITZWATER:

JURY IS AT AN IMPASSE ON ONE OF BEALL'S CLAIMS
SOME JURORS NEED TO LEAVE ABOUT 5PM
REQUEST RECESS UNTIL TOMORROW.

_____
(To be signed by Presiding Juror)

STEVENS