IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD BEALL, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3-06-CV-0733-D |
| | § | |
| DALLAS POLICE, ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ON PLAINTIFF RICHARD BEALL'S
<u>MOTION FOR NEW TRIAL</u>**

Before the Court is Plaintiff Richard Beall's Motion for New Trial. After considering the motion and the supporting brief, this Court finds that Plaintiff's motion should be GRANTED.

IT IS THEREFORE ORDERED that the jury verdict in Cause No. 3-06-CV-0733-D is vacated and a new trial is GRANTED.

SO ORDERED.

This _____ day of _____, 2008.

_____
THE HONORABLE CHIEF JUDGE
SIDNEY A. FITZWATER